# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     TENNESSEE

UNITED STATES OF AMERICA

V.

OSCAR PAIGE, JR.

## EXHIBIT AND WITNESS LIST

Case Number: 1:03-CR-91-002

| PRESIDING JUDGE THOMAS A. VARLAN | PLAINTIFF'S ATTORNEY TRACEE PLOWELL | DEFENDANT'S ATTORNEY JOHN G. McDOUGAL |
|---|---|---|
| TRIAL DATE (S) SENTENCING 2/22/05 | COURT REPORTER JOLENE OWEN | COURTROOM DEPUTY JULIE NORWOOD |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2/22/05 | X | X | COLLECTIVE - CERTIFIED COPIES OF PRIOR CONVICTIONS 1-6 |
| 2 | | | | X | Certified copy of Robbery conviction (Contained in Pen Packet, exhibit 3) |
| 3 | | " | X | X | Penitentiary Packet |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages